1296

No. 10–8721. CHARRON v. NIXON, GOVERNOR OF MISSOURI. Ct. App. Mo., Western Dist. Certiorari denied.

No. 10–8735. STOKES v. GEHR ET AL. C. A. 3d Cir. Certiorari denied.

No. 10–8740. LIGON v. ILLINOIS. Sup. Ct. Ill. Certiorari denied.

No. 10–8749. LAGARDE v. CAIN, WARDEN. C. A. 5th Cir. Certiorari denied.

No. 10–8755. AYRES v. BIERMAN, GEESING & WARD, LLC, ET AL. C. A. 4th Cir. Certiorari denied.

No. 10–8769. DANYSH v. COLLINS, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AT FRACKVILLE, ET AL. C. A. 3d Cir. Certiorari denied.

No. 10–8770. RENNEKE v. NEBRASKA DEPARTMENT OF HEALTH AND HUMAN SERVICES. Ct. App. Neb. Certiorari denied.

No. 10–8773. DICKERSON v. MUTUAL OF AMERICA ET AL. C. A. 2d Cir. Certiorari denied.

No. 10–8777. SCHWEITZER v. WILLIAMS, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 10–8780. LUSK v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 10–8788. WILLIAMS v. CALIFORNIA. Sup. Ct. Cal. Certiorari denied.

No. 10–8810. COATES v. NATALE ET AL. C. A. 11th Cir. Certiorari denied.

No. 10–8813. MCINERNEY v. HELLING, WARDEN, ET AL. C. A. 9th Cir. Certiorari denied.

No. 10–8816. HOUSTON v. UNITED STATES. C. A. 5th Cir. Certiorari denied.